IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* HOANG CAM NGUYEN, <br><br> Plaintiff, <br><br> v. <br><br> HEATHER McDONALD, <br> DAVID BITONTI, and <br> JOHN "JACK" MARTIN, <br><br> Defendants. | Civil No. 4:24-CV-5 <br><br> FILED UNDER SEAL AND EX PARTE <br> PURSUANT TO 31 U.S.C. § 3730(b) |

## UNITED STATES' RESPONSE TO RELATOR'S MOTION TO VOLUNTARILY DISMISS AND THE GOVERNMENT'S REQUEST TO UNSEAL

Relator filed a Motion to Voluntarily Dismiss this action. Plaintiff United States files this response to Relator's Motion.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General of the United States consents to the dismissal of this action without prejudice to the rights of the United States, based on the determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Further, the United States respectfully requests the relator's Complaint, Amended Complaint, this Response, and the attached proposed Order be unsealed. We request that all other papers on file in this action remain under seal because in discussing the content and extent

1

of the United States' investigation, such paper are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

    A proposed order is attached.

                                      Respectfully submitted,

                                      JESSICA D. ABER
                                      United States Attorney

By:  *[signature]*, AUSA for
                                      CLARE P. WUERKER, VSB No. 79236
                                      Assistant United States Attorney
                                      Counsel for the United States
                                      2100 Jamieson Avenue
                                      Alexandria, VA 22314
                                      Tel: (703) 236-3850
                                      Fax: (703) 299-3983
                                      Email: Clare.Wuerker@usdoj.gov

DATED:  April 3, 2024