IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* HOANG CAM NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>HEATHER McDONALD,<br>DAVID BITONTI, and<br>JOHN "JACK" MARTIN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 4:24-CV-5<br>)\_\_\_\_FILED UNDER SEAL AND EX PARTE<br>)  PURSUANT TO 31 U.S.C. § 3730(b)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

The Plaintiff having moved to dismiss and the United States having given written consent to dismissal of this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(1), it is hereby

ORDERED that this matter be dismissed without prejudice as to Relator Hoang Cam Nguyen, and as to the United States; and it is further

ORDERED that the case caption, the Complaint, the Amended Complaint, the United States' Response to Relator's Motion to Voluntarily Dismiss, and this Order be unsealed; and it is further

ORDERED that all other contents of the Court's file in this action remain under seal and not be made public; and it is further

ORDERED the seal be lifted as to all other matters occurring in this action after the date of this Order.

A copy of this Order is to be provided to counsel for the United States and Relator.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024.

Copies to:

Clare P. Wuerker
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314

Emily M. Munn
Nicholas R. Hobbs, Esq.
Schempf & Ware, PLLC
4000 George Washington Memorial Highway
Yorktown, VA 23692

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2024, I caused a copy of the foregoing to be served by first-class mail, postage prepaid, upon:

Emily M. Munn (VSB No. 46390)
Nicholas R. Hobbs, Esq. (VSB No. 71083)
Schempf & Ware, PLLC
4000 George Washington Memorial Highway
Yorktown, VA 23692
(757) 240-4000
emunn@4000law.com
nhobbs@4000law.com

To preserve the integrity of the government's ongoing investigation, the relator has been served with copies of the Application and Order, but not the Memorandum in support thereof.

_____, AUSA for
Clare P. Wuerker, VSB No. 79236
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel. (703) 236-3850
Fax. (703) 299- 3983
Email: Clare.Wuerker@usdoj.gov